IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 14 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00279-ZLW

CHERYL VASSALLO,
    Plaintiff,

v.

PUEBLO MINIMUM CTR. MEDICAL FACILITY NURSE PRACTITIONER JUDY SAIS,
MESABILITY, INCORPORATED d/b/a GRAND VALLEY TRANSIT,
MESA COUNTY COMMISSIONERS,
MESA COUNTY ATTORNEY,
RISK ENTERPRISE MANAGEMENT INSURANCE COMPANY (R.E.M.),
MESABILITY, INCORPORATED d/b/a GRAND VALLEY TRANSIT CORPORATE
    REGISTRAR,
DEAN TRANSPORTATION (DEPT. OF),
DAVE'S TRANSPORTATION,
DISCOVER R.E. 547,
COLORADO DEPARTMENT OF CORRECTION CLINICAL SERVICES, JUDY
    BEEMAN, Supervisor,
G.V.T. FEDERAL BUS DRIVER, MICK _____, #102 (17 + Passengers), C/O
    MESABILITY, INCORPORATED d/b/a GRAND VALLEY TRANSIT, and
MEDICAL MANAGEMENT, LLC,
    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Motion for Reconsideration, Misunderstanding, & an Extension-Rule 59(e)(d) 863 F2d 702 (10th Circuit 1988)," filed November 7, 2005, is DENIED for the reasons set forth in the Court's Order Denying Motions for Reconsideration, filed September 29, 2005.

Dated: November 14, 2005

Copies of this Minute Order mailed on November 14, 2005, to the following:

Cheryl Vassallo
Prisoner No. 123467
Brush Corr. Facility
901 Industrial Park Road
Brush, CO 80723

*Andrea*

Secretary/Deputy Clerk